1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Vince A. Matranga

7

8

9

10  **UNITED STATES DISTRICT COURT**

11  **CENTRAL DISTRICT OF CALIFORNIA**

12  VINCE A. MATRANGA,              ) Case No.: CV 13-7413 OP
                                    )
13          Plaintiff,              ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
14      vs.                         ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
15  CAROLYN W. COLVIN, Acting       ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,) U.S.C. § 1920
16                                  )
            Defendant               )
17                                  )
                                    )
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

22  authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23  DATE:  7/31/14

24                                  _____/S/_____
                                    THE HONORABLE SUZANNE H. SEGAL
25                                  UNITED STATES MAGISTRATE JUDGE

26

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3     /s/ *Young Cho*
   _____
4  Young Cho
   Attorney for plaintiff Vince A. Matranga

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26